# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| **Dana and Monica Fetters,** | ) | Case No. 19-16016 |
| | ) | |
| **Debtor.** | ) | Judge LaShonda Hunt |

## NOTICE OF MOTION

TO:   Office of Marilyn O Marshall
      Chapter 13 Trustee
      (via Electronic Court Notice)

YOU ARE HEREBY NOTIFIED that on July 1, 2019 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Hunt, or any Judge sitting in her stead, in Courtroom 719 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached Motion to Extend Time to File Remaining Schedules, Plan, and other documents at which time you may appear if you so deem fit.

/s/ David H. Cutler

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused the above and foregoing Notice and attached Motion to be served on the Trustee via Electronic Court Notice on the June 18, 2019.

/s/ David H. Cutler

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| **Dana and Monica Fetters,** | ) | Case No. 19-16016 |
| | ) | |
| **Debtor.** | ) | Judge LaShonda Hunt |

**MOTION TO EXTEND TIME TO FILE DEBTOR'S
REMAINING SCHEDULES, PLAN, AND OTHER DOCUMENTS**

NOW COMES the Debtors, Dana and Monica Fetters, by and through their attorneys, Cutler & Associates, Ltd., and move this Court to grant him until July 2, 2019 to file their remaining Schedules, Plan, and other documents. In support of this Motion, the Debtors respectfully states and alleges as follows:

1. The Debtors filed their petition for relief under Chapter 13 of the United States Bankruptcy Code on June 4, 2019.

2. The Debtors' remaining schedules, Plan, and other documents would, in the absence of this Motion, be due on June 18, 2019.

3. The Debtors needs additional time to review the remaining schedules, Plan, and other documents with their attorneys before they can be filed.

4. The Debtors, therefore, requests that he be granted until July 2, 2019 to file their remaining Schedules, Plan, and other documents.

WHEREFORE, the Debtors, Dana and Monica Fetters, prays for the following relief:

A. That the Debtors be granted until July 2, 2019 to file their remaining schedules, Plan, and other documents; and

B. For such other and further relief as this Court deems equitable and just.

Respectfully Submitted,

Dated: June 18, 2019

By: _____/s/ David H. Cutler_____
One of the attorneys for the Debtor

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600