**United States Bankruptcy Court**
**Northern District of Illinois**

In re: Dana A Fetters
Monica L Fetters
Debtor(s)

Case No. 19-16016
Chapter 13

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 12

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: 6-4-2018

_Dana A Fetters_
Signature of Debtor

Date: 6-4-2018

_Monica L Fetters_
Signature of Debtor