IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No.: 19-16016 |
| Dana A. Fetters and Monica L. Fetters ) | |
| ) | Chapter 13 |
| ) | |
| Debtor(s) ) | Judge: David D. Cleary |

NOTICE OF MOTION

TO: Dana A. Fetters and Monica L. Fetters, 355 N Williams Dr, Palatine, IL 60074 *via mail*

Trustee Marilyn Marshall, 224 S. Michigan Ave., #800, Chicago, IL 60604 *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago IL 60604 *via ECF clerk's electronic delivery system*

See attached service list

PLEASE TAKE NOTICE that on **March 9, 2020 at 10:00 a.m.**, I shall appear before the Honorable David D, Cleary, at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 644, Chicago, Illinois 60604, or any judge presiding and then and there present this **Motion**, a copy of which is attached hereto.

By: /s/ *David H. Cutler*
David H. Cutler

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice and Motion upon the parties named above on February 14, 2020 before the hour of 6:00 p.m. from the office located at 4131 Main Street., Skokie, Illinois 60076.

By: /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St,
Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No.: 19-16016 |
| Dana A. Fetters and Monica L. Fetters ) | |
| ) | Chapter 13 |
| ) | |
| Debtor(s) ) | Judge: David D. Cleary |

## MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COME the Debtors, Dana A. Fetters and Monica L. Fetters (hereafter referred to as "the Debtors"), by and through their attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code on June 4, 2019 and their Plan was confirmed on August 26, 2019.

3. The Debtors' confirmation Order provides for a payment of $1,315 for 60 months until the end of the plan with unsecured creditors receiving 100% of their unsecured claims.

4. The Debtors have paid to date $6,575 to their Chapter 13 plan.

5. An Order by this Honorable Court was entered on December 10, 2019 granting U.S. Bank National Association relief from the automatic stay, that no further payments on the mortgage arrears would be disbursed.

6. With the Debtors' mortgage arrears no longer being paid through the Chapter 13 plan their plan will be ending before the 60 months.

7. The Debtors are now seeking to lower their plan payment as their income and expenses have changed, the Joint Debtor is suffering from a severe medical condition, she is unable to work and they have incurred out of pocket medical bills and expenses.

8. The Debtors have also fallen behind on their trustee payments due to out of pocket medical bills and expenses and as of the date of this motion they have a trustee default of $3,945 and there is currently a trustee motion to dismiss for failure to make plan payments pending in their case.

9. The Debtors are seeking to lower their plan payment to $658 a month commencing March 2020 until the end of the plan so their payment will be more manageable and to defer the current trustee default to the end of the plan with their unsecured creditors still receiving 100% of their unsecured claims as there is room in their plan to reduce the payment and defer the current trustee default.

10. The Debtors seek to modify the plan to lower the plan payment to $658 a month for the remainder of the plan commencing with the March 2020 payment and to defer the current trustee default to the end of the plan.

WHEREFORE, the Debtors respectfully request that this Court modify the Debtors' Plan Post Confirmation to lower the plan payment to $658 a month for the remainder of the plan commencing with the March 2020 payment and to defer the current trustee default to the end of the plan and for such further relief that this Court may deem just and proper.

Dated: February 14, 2020                           Respectfully Submitted,

                                                   By:   /s/ David H. Cutler
                                                         David H. Cutler, esq.,
                                                         4131 Main St.
                                                         Skokie, IL 60076
                                                         Phone: (847) 673-8600